

Shig Yasunaga
CLERK OF Court
UNITTED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
201 S. Vine Street
Room 218
URBANA, ILLINOIS   61802-3348

October 1, 2021

Re: Waas v. City of Champaign et al; Civil Case Number 02174
Withdrawal of Complaint

Dear Ms. Yasunaga:

Plaintiff, Eugene L. Waas, hereby requests that the complaint in the above referenced matter be withdrawn. The Plaintiff thanks the court and the Office of the Clerk for their assistance during the period that this matter has been pending. Unfortunately, health concerns on the part of Plaintiff make it impossible to continue the litigation.

Sincerely,

Eugene L. Waas
Plaintiff